UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

OLDE MONMOUTH STOCK TRANSFER CO., INC., :

                     Plaintiff,    :

        -- against --       :

DEPOSITORY TRUST & CLEARING      :
CORPORATION and DEPOSITORY TRUST
COMPANY,                  :
           Defendants.

                           :

Civil Action No.
07 - cv - 990

----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/15/07

## ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER

UPON the annexed Verified Complaint, as well as
the Declaration of Edward R. Gallion, Esq. (acting as
counsel for Plaintiff), dated February 5, 2007, and the
Exhibits attached thereto:



AND IT APPEARING that Defendant Depository
Trust & Clearing Corporation ("DTCC") and Defendant
Depository Trust Company ("DTC") *are ordered to show cause as to whether it* unfairly, unreasonably and
arbitrarily and for anticompetitive reasons have excluded
Plaintiff Olde Monmouth Stock Transfer Co., Inc. ("Olde
Monmouth") from participation in Defendants' FAST (Fast
Automated Securities Transfer) Program;

AND IT FURTHER APPEARING that ~~such~~ participation in Defendants' FAST Program *may be (1)* ~~is~~ an essential prerequisite to Olde Monmouth's ability to continue to conduct its business as a stock transfer agent; *and (2)*

~~AND IT FURTHER APPEARING~~ that in the absence of participation in Defendants' FAST Program, Olde Monmouth will be forced out of business, thereby causing it irreparable harm;

~~AND IT FURTHER APPEARING that Defendants are unlawfully and deliberately using their exclusion of Olde Monmouth from the FAST Program as a means to force Olde Monmouth out of business;~~ *being asserted*

AND IT ~~FURTHER APPEARING~~ that Defendants are contacting Olde Monmouth's clients to publicize Olde Monmouth's exclusion from the FAST Program in order unlawfully, deliberately and improperly to interfere with, hinder and impede Olde Monmouth's ongoing legitimate business activities; *being further asserted*

AND IT ~~FURTHER APPEARING~~ that Defendants' deliberate, ~~improper and unlawful~~ conduct with respect to Olde Monmouth's client base has damaged and will continue to damage Olde Monmouth;

AND IT ~~FURTHER~~ APPEARING that Defendants' publication of the fact of Olde Monmouth's exclusion from

the FAST Program will render it impossible for Olde
Monmouth to attract any new clients or to retain its
current clients, thereby causing it irreparable harm;

~~AND IT FURTHER APPEARING that Olde Monmouth~~
satisfactorily has demonstrated to this Court:  (i) the
probable success on the merits of its claims before this
Court; (ii) the imminent danger of irreparable harm and
undue disruption and destruction of Olde Monmouth's ongoing
and future business activities as a consequence of
Defendants' unlawful, deliberate and anticompetitive
exclusion from the FAST Program and related tortious
communications and activities that can neither be
quantified nor compensated by an award of monetary damages;
~~and (iii) the balancing of the equities in favor of Olde
Monmouth;~~

NOW, THEREFORE, IT IS ORDERED that Defendants
APPEAR AND SHOW CAUSE before this Court, the Hon.
*Richard Owen*, U.S.D.J., at the United States
Courthouse, New York, New York, Courtroom **21b**, on **Z16**
February **20**, 2007, **at 11:00 am** or as soon thereafter as counsel may be
heard, why:

> (a)    Defendants should not be
> temporarily and permanently
> restrained from any further steps

to exclude Plaintiff Olde Monmouth
from participation in the FAST
Program;

(b)  Defendants should not be
temporarily and permanently
restrained from any further
unlawful and improper
communications with Olde
Monmouth's clients and prospective
clients with respect to Olde
Monmouth's unlawful, deliberate
and arbitrary exclusion from the
FAST Program;

(c)  Defendants should not be
affirmatively ordered by this
Court immediately to approve Olde
Monmouth's application for
participation in the FAST Program;

AND IT IS FURTHER ORDERED that, sufficient cause
appearing therefor, proper service pursuant to the Federal
Rules of Civil Procedure of a copy of this Order together
with all supporting papers in connection herewith be

effected upon Defendant Depository Trust & Clearing

Corporation and Defendant Depository Trust Company on or
*then upon* before the 13 day of February 2007. *by F.C.*


_____

United States District Judge

Dated:   New York, New York
         February 12, 2007