**EXHIBIT E**



**Susan Geigel**
Director

Tel: 212 855 3275
Fax: 212 855 3215
sgeigel@dtcc.com

**The Depository Trust &
Clearing Corporation**
55 Water Street
New York, NY 10041-0099

June 22, 2006

**VIA DHL**

John C. Troster
President
Olde Monmouth Stock Transfer Co., Inc.
200 Memorial Parkway
Atlantic Highlands, NJ 07716

Re:   **Fast Automated Securities Transfer Program Application**

Dear Mr. Troster:

Thank you for your recent application to The Depository Trust Company's (DTC) Fast Automated Securities Transfer (FAST) Program. As you are aware, through the FAST Program, DTC delegates to select transfer agents its duties and responsibilities to hold securities on behalf of its Participants. The securities held by transfer agents on DTC's behalf are frequently valued at many millions of dollars. DTC obviously carefully reviews each FAST applicant that wishes to act as a custodian for DTC.

Based upon our review of your application, DTC has determined not to use your services as a FAST agent. Our decision was based on, among other things, the deficiencies noted by the Securities & Exchange Commission as a result of the last three examinations of your operations.

This letter is without waiver of any of DTC's legal and equitable rights, all of which are hereby expressly reserved.

If you have any questions, please contact the undersigned at (212) 855-3275.

Sincerely,

*Susan Geigel*
Susan Geigel

Subsidiaries:
The Depository Trust Company
National Securities Clearing Corporation