**EXHIBIT G**

**FOX LAW OFFICES, P.A.**
2 VILLAGE HILL LANE, APT. #3
NATICK, MA 01760
Telephone (508) 647-4907
Facsimile: (508) 647-4907

July 19, 2006

**VIA FAX (212) 855-3215 and e-mail sgeigel@dtcc.com**
Susan Geigel, Director
The Depository Trust Company
55 Water Street
New York, NY 10041-0099

    In re: Olde Monmouth Stock Transfer Co., Inc.

Dear Ms. Geigel:

I wrote to you on July 5, 2006 regarding the letter dated June 22, 2006 which my client, Olde Monmouth Stock Transfer Co., Inc., received from you denying their application to the FAST Program. Because of the damages which are being incurred daily by my client, there is an obvious requirement for some speed in dealing with this matter. Despite that, however, the only reponse from you was an e-mail message that I would receive a response "shortly". I have called and never had a response but have left messages on your answering machine. At this point, fourteen days have elapsed and my client is quite concerned at what appears to be a total lack of interest in timely resolving the situation.

My client believes that the only way to get attention for its plight is to increase its fees, daily, until DTCC (and especially its Reorganization Section) understand that my client must maintain its viability in the face of the loss of clients due to the denial and the delay in resolving it.

I would appreciate a response and I believe that enough time has gone by so that a response at this time is no longer even "shortly".

Yours truly,
FOX LAW OFFICES, P.A.

By: Richard C. Fox

cc: Olde Monmouth Stock Transfer Co., Inc. (732) 872-2728
    Larry E. Thompson, General Counsel (212) 855-3215