# EXHIBIT H

Olde Monmouth Stock Transfer Co., Inc.
200 Memorial Parkway
Atlantic Highlands, NJ 07716

# NOTICE OF TRANSFER FEE CHANGES

Gentlemen:

Please be advised that **Effective July 24, 2006** Olde Monmouth Stock Transfer will amend its Transfer Fee schedule as detailed below:

|  | NEW RATES | OLD RATES |
|---|---|---|
| *Issuance Fee | $ 70.00 per certificate | $ 35.00 per cert |
| *Cancellation Fee | $ 20.00 per certificate | $ 10.00 per cert |
| *Rush Issuance Fee | $ 100.00 per transaction | $ 50.00 per transaction |
| *Legend Removal | $ 140.00 per shareholder | $ 70.00 per shareholder |
| *Lost/Stolen Cert Fee | $ 300.00 per certificate | $ 150.00 per certificate |

*ALL TRANSFER REQUESTS SHOULD BE ACCOMPANIED WITH A CHECK FOR THE FULL AMOUNT OF THE APPLICABLE FEES.

* Olde Monmouth Reserves the right to provide discounts on certain transactions.