**EXHIBIT I**

07/31/2006  14:58    1-732-872-2728        OLDE MONMOUTH STOCK            PAGE  01

# Olde Monmouth Stock Transfer Co., Inc.

200 Memorial Parkway, Atlantic Highlands, NJ 07716
Tel. (732) 872-2727 - Fax (732) 872-2728
transferagent@oldemonmouth.com                    www.oldemonmouth.com

July 30, 2006

The Depository Trust Company
55 Water Street
New York, NY 10041

Re: Fee Increase

Dear Sir(s)/Madam(s),

It is with great regret that I inform you of our current fee increase.  As of July 31, 2006, OMST will double it's current fee schedule.  This increase is a direct result of DTC's unwillingness and refusal to aid OMST with a smooth transition to its FAST program.  OMST is a registered Transfer Agent with the United States Securities and Exchange Commission and complies with all of its Rules and Regulations.  DTC's dismissal of this fact is inappropriate and irresponsible.  OMST has been severely damaged by this loss of business and our very existence is now in jeopardy.  Although we cannot as of now estimate the financial consequences of DTC's inaction, we will employ forensic accountants to assess the damage.

We have enclosed a copy of the current fee structure for you and will deliver it to every department that we are aware needs it so that an easy transition will be possible.  In the event that a timely response and assistance to your FAST program is offered, we will consider returning our fees to their current rates.

Please understand that this increase in fees is quite necessary and is unfortunately an obligatory recourse.  We hope that this letter will facilitate more cooperation between DTC and OMST.

You may contact us or our attorney, Richard Fox, at any time if you have any questions or concerns.

Sincerely,


John Christopher Troster
President

cc:    Susan Geigel, Director                    Sal DiPaola, Agent Liaison
       John Sylvester, Restricted Department     Candice Choh, REORG Department
       Eric Shuff, Registered Corporate Vault    Custody Department
       Raymond Mar, Transfer Operations          Richard Fox, Esq. (508) 647-4907
       Thomas McGuire, Transfer Operations       Sydney Lewis
       Charles Esposito, Aging Transfer Department  Joe Trezza, Product Manager DRS
       Larry E. Thompson, General Counsel        John Carvalho

Olde Monmouth Stock Transfer Co., Inc.
200 Memorial Parkway
Atlantic Highlands, NJ 07716

# NOTICE OF TRANSFER FEE CHANGES

Gentlemen:

Please be advised that **Effective July 31, 2006** Olde Monmouth Stock Transfer will amend its Transfer Fee schedule as detailed below:

|  | NEW RATES | OLD RATES |
|---|---|---|
| *Issuance Fee | $ 140.00 per certificate | $ 70.00 per certificate |
| *Cancellation Fee | $ 40.00 per certificate | $ 20.00 per certificate |
| *Rush Issuance Fee | $ 200.00 per transaction | $100.00 per transaction |
| *Legend Removal | $ 280.00 per shareholder | $140.00 per shareholder |
| *Lost/Stolen Cert Fee | $ 600.00 per certificate | $300.00 per certificate |

*ALL TRANSFER REQUESTS SHOULD BE ACCOMPANIED WITH A CHECK FOR THE FULL AMOUNT OF THE APPLICABLE FEES.

DTC NOTIFICATION2-JULY 31, 2006