# EXHIBIT J

# The Depository Trust Company
# IMPORTANT

**B#:**           0082-06

**DATE:**         August 18, 2006

**TO:**           All Participants

**CATEGORY:**     Corporate Trust

**FROM:**         Jaime Pineda

**ATTENTION:**    Operations Manager

**SUBJECT:**      Olde Monmouth Stock Transfer Fee Revisions

Olde Monmouth Stock Transfer has informed DTC that as of July 31, 2006, they have increased the following fees for issues they service as transfer agent.

|                      | New Rate                   | Old Rate                   |
|----------------------|----------------------------|----------------------------|
| Issuance Fee         | $140.00 per certificate    | $70.00 per certificate     |
| Cancellation Fee     | $ 40.00 per certificate    | $20.00 per certificate     |
| Rush Issuance Fee    | $200.00 per transaction    | $100.00 per transaction    |
| Legend Removal       | $280.00 per shareholder    | $140.00 per shareholder    |
| Lost/Stolen Cert Fee | $600.00 per certificate    | $300.00 per certificate    |

To ascertain if Olde Monmouth Stock Transfer is the transfer agent for an issue, Participants can access the CONI or GWIZ PTS functions.

If you have any questions concerning these fees please call John Troster at Olde Monmouth Stock Transfer on (732) 872-2727 or transferagent@oldemonmouth.com.

# The Depository Trust Company
# IMPORTANT

| | |
|---|---|
| **B#:** | 0420-06 |
| **DATE:** | October 17, 2006 |
| **TO:** | All Participants |
| **CATEGORY:** | Corporate Trust |
| **FROM:** | Jaime Pineda |
| **ATTENTION:** | Operations Manager |
| **SUBJECT:** | Olde Monmouth Stock Transfer Fees |

Olde Monmouth Stock Transfer has informed DTC that as of October 9, 2006, fees for issues they service as transfer agent have changed as follows:

| | New Rates | Old Rates |
|---|---|---|
| Issuance Fee | **$700.00 per certificate** | $140.00 per certificate |
| Cancellation Fee | **$200.00 per certificate** | $ 40.00 per certificate |
| Rush Issuance Fee | **$ 50.00 per transaction** | $200.00 per transaction |
| Legend Removal | **$ 70.00 per shareholder** | $280.00 per shareholder |
| Lost/Stolen Cert Fee | **$150.00 per certificate** | $600.00 per certificate |

To ascertain if Olde Monmouth Stock Transfer is the transfer agent for an issue, Participants can access the CONI or GWIZ PTS functions.

If you have any questions concerning these fees please call John Troster at Olde Monmouth Stock Transfer on (732) 872-2727 or transferagent@oldemonmouth.com.