**EXHIBIT K**



Isaac Montal
Managing Director and
Deputy General Counsel

September 26, 2006

Tel: 212 855 3253
Fax: 212 855 3215
imontal@dtcc.com

The Depository Trust &
Clearing Corporation
55 Water Street
New York, NY 10041-0099

**VIA FACSIMILE ((508) 647-4907) AND DHL**

Richard C. Fox, Esq.
Fox Law Offices, P.A.
2 Village Hill Lane, Apt. #3
Natick, MA  01760

Re:   Olde Monmouth Stock Transfer Co., Inc.

Dear Mr. Fox:

It has come to our attention that your client, Olde Monmouth Stock Transfer Co, Inc., ("Olde Monmouth") has charged The Depository Trust Company ("DTC") transfer fees for the issuance and cancellation of certificates and other transactions that are higher than those Olde Monmouth charged other companies or individuals for the same services.

DTC views these actions very seriously. Please immediately provide us with all rate sheets and/or other documentation that demonstrates the rates Olde Monmouth was charging DTC, as well as the rates that Olde Monmouth was charging others, during the past three years.

This letter is without waiver of any of DTC's legal and equitable rights, all of which are hereby expressly reserved.

Sincerely,

Isaac Montal

Subsidiaries:
The Depository Trust Company
National Securities Clearing Corporation
Fixed Income Clearing Corporation
DTCC Deriv/SERV LLC
DTCC Solutions LLC