**EXHIBIT L**

# Olde Monmouth Stock Transfer Co., Inc.

200 Memorial Parkway, Atlantic Highlands, NJ 07716
Tel. (732) 872-2727 · Fax (732) 872-2728
transferagent@oldemonmouth.com             www.oldemonmouth.com

October 9, 2006

Isaac Montal, Esq.
The Depository Trust Company
55 Water Street
New York, NY 10041

Re: Fee Adjustment

Dear Mr. Montal,

We have received your letter dated September 26, 2006 on today's date. As per your request, we have enclosed our fee schedules for the past 3 years. As far as our request in a letter to you dated September 7, 2006 (copy enclosed), you have not addressed any of our concerns. Therefore, we have concluded that an additional fee increase is proper and will take place immediately. This new fee increase is a direct result of your unwillingness to address our issues concerning participation in DTC's FAST/DRS programs. Your refusal to return our phone calls or respond to our letters in a timely fashion is highly inappropriate and, quite frankly, with callous disregard. We remind you that our initial application was made 143 days ago and we have not been given any specific reason for non acceptance. We have supplied you with insurance coverage, certified financial statements, audit copies and our premises have been physically inspected by no less than 4 representatives from DTC. DTC's actions, or shall I say lack thereof, is discriminatory and places an unfair burden on OMST. OMST has been, and continues to be, severely damaged by this loss of business. If participation on these programs is not offered immediately, OMST intends to pursue all legal remedies at its disposal including formal complaints to the United States Securities and Exchange Commission and other appropriate regulatory bodies. Olde Monmouth views this matter very seriously.

While we realize that this fee increase places some temporary anxiety on your participants, we believe that it is in their best interest for OMST to become FAST/DRS eligible. The majority of the requests made to us to be on the aforementioned programs comes directly from your participants. We believe that we have their full support in this matter and that they applaud our continued efforts. We assure you that we will repeal this fee increase immediately upon being placed on the FAST/DRS Program. All of our actions are for self protection from the ongoing loss of business that we are suffering. Please provide a copy of our new fee schedule to all departments necessary as well as your participants so that an easy transition will be possible.

We remind you that this fee increase is unfortunately an obligatory response on our part to DTC's long delay. It is unfortunate that you have taken such an adversarial posture. We had enjoyed over 15 years of continued cooperation with DTC until this matter came about and we look forward to restoring such a relationship. I again hope that this letter will facilitate more cooperation between DTC and OMST.

You may contact us or our attorney, Richard Fox, at any time if you have any questions or concerns.

Sincerely,

John Christopher Troster
President

cc:  Alfred Vaughn
     Susan Geigel, Director
     John Sylvester, Restricted Dept.
     Raymond Mar, Transfer Ops.
     William E. Sweeney, Dir. Internal Investigations
     Joe Trezza, Product Manager DRS

     Sydney Lewis
     Sal DiPaola, Agent Liaison
     John Carvalho
     Richard Fox, Esq. (508) 647-4907
     Larry E. Thompson, Gen. Counsel
     Sharon Pope

Olde Monmouth Stock Transfer Co., Inc.
200 Memorial Parkway
Atlantic Highlands, NJ 07716

# NOTICE OF TRANSFER FEE CHANGES

Gentlemen:

Please be advised that **Effective May 1, 2003** Olde Monmouth Stock Transfer will amend its Transfer Fee schedule as detailed below:

|  | **NEW RATES** | *OLD RATES* |
|---|---|---|
| *Issuance Fee* | $ 25.00 per cert | *$ 20.00 per cert* |

\* (ALL OTHER FEES HAVE NOT CHANGED)

| | | |
|---|---|---|
| Cancelation Fee | $ 5.00 per cert | *$ 5.00 per cert* |
| Rush Issuance Fee | $ 25.00 | *$ 25.00* |
| Legend Removal | $ 35.00 | *$ 35.00* |
| Lost/Stolen Cert Fee | $ 150.00 | *$ 150.00* |

\*ALL TRANSFER REQUESTS SHOULD BE ACCOMPANIED WITH A CHECK FOR THE FULL AMOUNT OF THE APPLICABLE FEES.

Olde Monmouth Stock Transfer Co., Inc.
200 Memorial Parkway
Atlantic Highlands, NJ 07716

# NOTICE OF TRANSFER FEE CHANGES

Gentlemen:

Please be advised that **Effective July 1, 2006** Olde Monmouth Stock Transfer will amend its Transfer Fee schedule as detailed below:

|  | NEW RATES | OLD RATES |
|---|---|---|
| *Issuance Fee | $ 35.00 per certificate | $ 25.00 per cert |
| *Cancellation Fee | $ 10.00 per certificate | $ 5.00 per cert |
| *Rush Issuance Fee | $ 50.00 per transaction | $ 25.00 per transaction |
| *Legend Removal | $ 70.00 per shareholder | $ 35.00 per shareholder |
| *Lost/Stolen Cert Fee | $ 150.00 per certificate | $ 150.00 per certificate |

*ALL TRANSFER REQUESTS SHOULD BE ACCOMPANIED WITH A CHECK FOR THE FULL AMOUNT OF THE APPLICABLE FEES.

* Olde Monmouth Reserves the right to provide discounts on certain transactions.

Olde Monmouth Stock Transfer Co., Inc.
200 Memorial Parkway
Atlantic Highlands, NJ 07716

# NOTICE OF TRANSFER FEE CHANGES

Gentlemen:

Please be advised that **Effective July 24, 2006** Olde Monmouth Stock Transfer will amend its Transfer Fee schedule as detailed below:

|  | NEW RATES | OLD RATES |
|---|---|---|
| *Issuance Fee | $ 70.00 per certificate | $ 35.00 per cert |
| *Cancellation Fee | $ 20.00 per certificate | $ 10.00 per cert |
| *Rush Issuance Fee | $ 100.00 per transaction | $ 50.00 per transaction |
| *Legend Removal | $ 140.00 per shareholder | $ 70.00 per shareholder |
| *Lost/Stolen Cert Fee | $ 300.00 per certificate | $ 150.00 per certificate |

*ALL TRANSFER REQUESTS SHOULD BE ACCOMPANIED WITH A CHECK FOR THE FULL AMOUNT OF THE APPLICABLE FEES.

* Olde Monmouth Reserves the right to provide discounts on certain transactions.

Olde Monmouth Stock Transfer Co., Inc.
200 Memorial Parkway
Atlantic Highlands, NJ 07716

# NOTICE OF TRANSFER FEE CHANGES

Gentlemen:

Please be advised that **Effective July 31, 2006** Olde Monmouth Stock Transfer will amend its Transfer Fee schedule as detailed below:

|  | NEW RATES | OLD RATES |
|---|---|---|
| *Issuance Fee | $ 140.00 per certificate | $ 70.00 per certificate |
| *Cancellation Fee | $ 40.00 per certificate | $ 20.00 per certificate |
| *Rush Issuance Fee | $ 200.00 per transaction | $100.00 per transaction |
| *Legend Removal | $ 280.00 per shareholder | $140.00 per shareholder |
| *Lost/Stolen Cert Fee | $ 600.00 per certificate | $300.00 per certificate |

*ALL TRANSFER REQUESTS SHOULD BE ACCOMPANIED WITH A CHECK FOR THE FULL AMOUNT OF THE APPLICABLE FEES.

\* Olde Monmouth reserves the right to provide discounts on certain transactions.

Olde Monmouth Stock Transfer Co., Inc.
200 Memorial Parkway
Atlantic Highlands, NJ 07716

# NOTICE OF TRANSFER FEE CHANGES

Gentlemen:

Please be advised that **Effective October 9, 2006** Olde Monmouth Stock Transfer will amend its Transfer Fee schedule as detailed below:

|                       | NEW RATES                | OLD RATES                 |
|-----------------------|--------------------------|---------------------------|
| *Issuance Fee         | $700.00 per certificate  | $140.00 per certificate   |
| *Cancellation Fee     | $200.00 per certificate  | $40.00 per certificate    |
| *Rush Issuance Fee    | $50.00 per transaction   | $200.00 per transaction   |
| *Legend Removal       | $70.00 per shareholder   | $280.00 per shareholder   |
| *Lost/Stolen Cert Fee | $150.00 per certificate  | $600.00 per certificate   |

*ALL TRANSFER REQUESTS SHOULD BE ACCOMPANIED WITH A CHECK FOR THE FULL AMOUNT OF THE APPLICABLE FEES.

\* Olde Monmouth reserves the right to provide discounts on certain transactions.