# EXHIBIT M

# Olde Monmouth Stock Transfer Co., Inc.

200 Memorial Parkway, Atlantic Highlands, NJ 07716
Tel. (732) 872-2727 - Fax (732) 872-2728
transferagent@oldemonmouth.com
www.oldemonmouth.com

Via Facsimile Transmission

October 18, 2006

Isaac Montal, Esq.
The Depository Trust Company
55 Water Street
New York, NY 10041

Dear Mr. Montal,

Our Attorney, Richard Fox, has requested that I explain to you our re-creation of the fee schedules that you had requested in your letter of September 26, 2006.

Firstly, I had not saved copies of our fee increases to our computer system, until recently. I simply used the one template that I did have saved and changed the dates and fees accordingly. Please be advised that the fee schedule dated May 2003 was an actual hard copy that we had found on our premises.

Mr. Fox stressed that the bottom footnote is of concern to you. It was created, I believe on one of the two most recent fee increases, and remained there as I worked backwards and changed the dates and fees for your copies. They were most likely not present on any previous fee change forms although Olde Monmouth has always reserved the right to discount certain transactions.

Mr. Fox has also stressed that you are concerned as to how I was able to re-create the dates and fees without consulting saved documents. I can specifically recall any fee increase and the date that it has taken place in the past in the last 110 days. Confirmation was obtained by consulting past transactions which have copies of drafts attached to them.

If this is in any way unclear to you, please feel free to call myself or our Attorney, Richard Fox, at any time.

We look forward to restoring a positive and cooperative relationship with DTC.

Sincerely,

John Christopher Troster
President