**EXHIBIT O**

12/27/2006  10:33   1-732-872-2728         OLDE MONMOUTH STOCK                PAGE  01

# Olde Monmouth Stock Transfer Co., Inc.

200 Memorial Parkway, Atlantic Highlands, NJ 07716
Tel. (732) 872-2727 - Fax (732) 872-2728

---

December 27, 2007

Isaac Montal, Esq.
DTCC
55 Water Street
New York, NY 10041

Re: Fast/DRS Application Approval & Settlement
"Via Facsimile Transmission And Federal Express"

Dear Mr. Montal,

Our Attorney, Mr. Richard Fox, Esq., has informed us that, based on his telephone conversation with you on Thursday December 14, 2006, Olde Monmouth Stock Transfer (OMST) has met all of DTCC's's "proposed" requirements regarding FAST and DRS Participation. He felt that you, as well as OMST, needed some additional assurances regarding our participation. We propose the following:

1. OMST will be placed on both FAST and DRS programs before January 1, 2007 and will be guaranteed infinite participation in these programs and that DTCC commits not to arbitrarily withdraw that approval unless OMST has displayed gross negligence or fails to maintain proper insurance that may be in effect from time to time.

2. OMST, in response to this immediate participation, agrees to immediately roll its fee adjustment back to their previous rates of October 8, 2006. In addition, OMST agrees to hold you and DTCC harmless for any damages OMST has suffered from the date of its first FAST/DRS Application (May 19, 2006) thru present.

We look forward to hearing from you and expect a response before the January 1, 2007 upcoming deadline.

Sincerely,

J. Christopher Troster
President