AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                   DISTRICT OF                   NEW YORK

**APPEARANCE**

OLDE MONMOUTH STOCK

v.

DEPOSITORY TRUST & CLEARING

Case Number: | 07 CV 0990

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants The Depository Trust & Clearing Corp. and The Depository Trust Company

I certify that I am admitted to practice in this court.

February 20, 2007

Date

Signature

Gregg M. Mashberg | GM-4022

Print Name | Bar Number

Proskauer Rose LLP, 1585 Broadway

Address

New York, NY  10036

City                        State                    Zip Code

(212) 969-3000 | (212) 969-2900

Phone Number | Fax Number