AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

| | |
|---|---|
| OLDE MONMOUTH STOCK ⊞ | **APPEARANCE** |
| v. | |
| DEPOSITORY TRUST & CLEARING ⊞ | Case Number: 07 CV 0990 |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

> Defendants The Depository Trust & Clearing Corp. and The Depository Trust Company

I certify that I am admitted to practice in this court.

| | |
|---|---|
| February 20, 2007 | _[signature]_ |
| Date | Signature |
| | Karen D. Coombs          KC-3538 |
| | Print Name               Bar Number |
| | Proskauer Rose LLP, 1585 Broadway |
| | Address |
| | New York, NY  10036 |
| | City          State          Zip Code |
| | (212) 969-3000    (212) 969-2900 |
| | Phone Number          Fax Number |