UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x

OLDE MONMOUTH STOCK          :    Index No. 07 Civ 0990
              Plaintiff,
                             :

       -against-
                             :

                                  AFFIDAVIT OF SERVICE

DEPOSITORY TRUST & CLEARING,  :

              Defendant       :

------------------------------ x

STATE OF NEW YORK          )
                           )ss.:
COUNTY OF NEW YORK         )

       Roger N. Mclean, being duly sworn, deposes and states:

1. I am not a party of the action, am over eighteen years of age, and reside in Kings County.

2. On February 21, 2007 I served attached *Defendant NOTICE OF APPEARANCE of Karen D. Coombs, Esq. and Gregg M. Mashberg Esq.* upon the following party(ies) at the address(es) designated by them for that purpose; Edward R. Gallion, Gallion & Spielvogel 1225 Franklin Avenue, Suite 325 Garden City, NY 11530.

3. Said service was made by depositing true copies of above referenced papers enclosed in a prepaid, sealed wrapper, properly addressed to the above-named party, in an official depository under the exclusive care and custody of United State Post Office, within the State of New York.

<br>

Roger N. Mclean
Lic No. 1017623

**Sworn to before me
21st day of February 2007**

**Notary Public**

MARY JANE McALEAVY
Notary Public, State of New York
No. 31-4987312
Qualified in New York County
Commisson Expires October 7, 20 09

5154/39371-001 Current/9329611v1                02/21/2007 10:51 AM