UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
OLDE MONMOUTH STOCK TRANSFER CO.,   :
INC.,                                :
                                     :        07 Civ. 990 (CSH)
                Plaintiff,           :
                                     :
        -against-                    :
                                     :
DEPOSITORY TRUST & CLEARING          :        ORDER
CORPORATION and DEPOSITORY TRUST     :
COMPANY,                             :
                Defendants.          :
------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2 - 20 - 07

HAIGHT, Senior District Judge:

Confirming the order put on the record at the conclusion of the hearing on February 20, 2007, plaintiff is directed to serve and file a brief in support of its motion for a preliminary injunction not later than 5:00 p.m. on February 27, 2007. Defendants are directed to serve and file (1) opposition papers to plaintiff's motion and (2) defendants' motion to dismiss the plaintiff's complaint not later than 5:00 p.m. on March 9, 2007. Plaintiff is directed to serve and file (1) reply papers on its motion, if it wishes, and (2) opposition papers to defendants' motion to dismiss not later than 5:00 p.m. on March 19, 2007. If defendants wish to submit reply papers on their motion to dismiss, they must be filed and served not later than 5:00 p.m. on March 26, 2007. Courtesy copies of each of these papers should be delivered to chambers.

It is SO ORDERED.

Dated: New York, New York
       February 20, 2007

_____
CHARLES S. HAIGHT, JR.
SENIOR UNITED STATES DISTRICT JUDGE