UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                                                     :
OLDE MONMOUTH STOCK TRANSFER CO., INC.,                              :
                                                                     :
                                        Plaintiff,                   :
                                                                     :
        -- against --                                                :
                                                                     :        07 CV 0990 (CSH)
DEPOSITORY TRUST & CLEARING                                          :
CORPORATION and DEPOSITORY TRUST                                    :
COMPANY,                                                             :
                                                                     :
                                        Defendants.                  :
                                                                     :
---------------------------------------------------------------------X


## PLAINTIFF'S MEMORANDUM OF LAW
## IN SUPPORT OF ITS
## MOTION FOR PRELIMINARY INJUNCTIVE RELIEF


GALLION & SPIELVOGEL
1225 Franklin Avenue
Suite 325
Garden City, New York 11530
516.512.8899

*Attorneys for Plaintiff*
*Olde Monmouth Stock Transfer Co., Inc.*

Dated:  February 27, 2007