UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
OLDE MONMOUTH STOCK
TRANSFER CO., INC.,

                    Plaintiff,

          vs.

DEPOSITORY TRUST & CLEARING
CORPORATION and
DEPOSITORY TRUST COMPANY

                 Defendants.
-----------------------------------------------------------X

07 CV 0990 (CSH)
**SUPPLEMENTAL
DECLARATION OF
MICHAEL J. TULANEY
IN OPPOSITION TO
APPLICATION FOR A
TEMPORARY RESTRAINING
ORDER**

        MICHAEL J. TULANEY, hereby declares under the penalties of perjury:

        1.      I am a Vice President of The Depository Trust & Clearing Corporation, the parent corporation of The Depository Trust Company ("DTC").

        2.      I submit this declaration to supplement my declaration submitted in this action dated February 16, 2007, in further opposition to plaintiff's application for a temporary restraining order.  I am personally familiar with the facts set forth in this declaration.

        3.      In paragraph 24 of my February 16 declaration, I noted that DTC had been advised that Olde Monmouth had very recently become the transfer agent for an additional company.

        4.      Annexed as Exhibit Q is a form sent to DTC by Olde Monmouth, dated February 1, 2007, notifying DTC that Olde Monmouth had become the transfer agent for Spooz Inc.,

1

replacing Holladay Stock Transfer, Inc. as the transfer agent for Spooz, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of March, 2007

_____
Michael J. Tulaney

2