**EXHIBIT Q**

02/01/2007  10:10    1-732-872-2728          OLDE MONMOUTH STOCK          PAGE  01

### OLDE MONMOUTH STOCK TRANSFER CO., INC.
### 200 MEMORIAL PARKWAY
### ATLANTIC HIGHLANDS, NJ 07716
### tel (732) 872-2727 fax (732) 872-2728

### VIA FACSIMILE TRANSMISSION
### (212) 855-4479
## "DTC TRANSFER AGENCY CHANGE FORM"

**SECURITY
DESCRIPTION:** Spooz, Inc.

**CUSIP#(S):** 84915Q 10 0    ATTACHMENTS:  YES _____   NO  X

### CHECK ALL THAT APPLY:

X  TRANSFERS                    _____ DIVIDEND/INTEREST DISBURSEMENTS
_____ TRUSTEE (BONDS)           _____ PAYING AGENT (BOND COUPONS)
_____ OTHER (SPECIFY)           _____ REDEMPTION/MATURITY (BONDS)

**PRIOR AGENT INFORMATION**          **NEW AGENT INFORMATION**

NAME:   HOLLADAY TRANSFER          OLDE MONMOUTH
ADDRESS: _____  _____

CONTACT: _____  _____
TEL#:    _____  _____

NOTIFICATION DATE: 2/1/07    EFFECTVE DATE: 2/2/07

SPECIAL INSTRUCTIONS: 
_____
_____

**FEE SCHEDULE - TRANSFERS, ETC.**

ISSUANCE FEE:   700        CANCELLATION FEE: 200
RUSH TRANSFER:  50         LEGEND REMOVAL:   70


_____
(AUTHORIZED SIGNATURE)
VP
_____
(TITLE)

NOTIFY.WP



01/31/2007 12:00 FAX 4804813941       HOLLADAY-STOCK-TRANSFER                    ☑001/002
LENS

# *Holladay Stock Transfer, Inc.*

December 31, 2006

To: DTC
   Att: Sharon Pope , 212-855-4479

SECURITY DESCRIPTION:  Spooz Inc
CUSIP#: 84915Q 10 0
Check One or More: Address Change    ,Name Change ,   , Cusip
Change , Agent Change X

PRIOR AGENT   Holladay Stock Transfer
               Contact : Thomas C Laucks
               FINNS#   414672

Succeeding Agent: Name: Olde Monmouth Stock Transfer Co
                 Address : 200 Memorial Pkwy
                 Atlantic Highlands NJ 07716

              Contact Person: Matt
         Phone #732-872-2727           FINS#



New Delivery Address (EG Drop Agent) If Different

EFFECTIVE DATE : 2/1/07

Special Instructions: Electronic format was sent 1/29/07 , Olde Monmounth
will be up and running 2/1/07 Thursday!

CHECK ALL THAT APPLY:
  / TRANSFERS
  / DIVIDENDS/INTEREST DISBURSEMENTS
  / TRUSTEE (BONDS)
  / PAYING AGENT (BONDS COUPONS)
  / REDEMPTION / MATURITY (BONDS)
  / OTHER: (PLEASE SPECIFY)



TA265841

                  2939 North 67th Place
                Scottsdale, Arizona 85251

M70431632027   AX  4904813941    HOLLADAY-STOCK-TRANSFER

ATTACHMENTS:  YES___   NO ✓

Sincerely

Thomas C Laucks
Secretary HST