# MEMO ENDORSED

LOS ANGELES
WASHINGTON
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS

1585 Broadway
New York, NY  10036-8299
Telephone 212.969.3000
Fax 212.969.2900

## PROSKAUER ROSE LLP

Karen D. Coombs
Attorney at Law

Direct Dial 212.969.3308
kcoombs@proskauer.com

March 22, 2007



**By Hand**

The Honorable Charles S. Haight
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1940
New York, New York  10007-1312

Re:   *Olde Monmouth Stock Transfer Co., Inc. v. The Depository Trust & Clearing Corp.,*
      07 CV 0990

Dear Judge Haight:

We represent Defendants The Depository Trust & Clearing Corporation and The Depository Trust Company in the above-captioned matter, currently pending before Your Honor. We write to request a one-week extension of time to submit Defendants' reply papers in further support of their pending motion to dismiss the complaint, to April 2, 2007. Defendants have sought consent from the Plaintiff for this brief extension, but Plaintiff has refused.

As this Court is aware, Plaintiff initiated this action on February 13, 2007 by Order to Show Cause, seeking a preliminary injunction, but not submitting a supporting memorandum of law. At the hearing held on February 20, 2007, this Court set a briefing schedule, for both Plaintiff's motion and Defendants' anticipated cross-motion to dismiss. In accordance with that schedule, on March 19, 2007, Plaintiff submitted opposition papers. These papers, for the first time, submitted new factual allegations and legal theories, unrelated to the complaint itself and otherwise insufficient to withstand Defendants' motion to dismiss. Nonetheless, Defendants believe it appropriate to submit a short reply addressing the new issues raised by Plaintiff.

Under the scheduling order as originally set by Your Honor, Defendants' reply papers are due on March 26, 2007, seven days after receiving Plaintiff's papers. Unfortunately, as a result of other urgent work that has arisen this week in a federal appellate matter, it has become unexpectedly difficult to prepare those reply papers on the original schedule. Accordingly, I contacted Plaintiff's counsel yesterday, explaining the situation and seeking consent to a one-week extension of time for Defendants to submit their papers. As noted, Plaintiff's counsel has denied

PROSKAUER ROSE LLP

Hon. Charles S. Haight
March 22, 2007
Page 2

our request, on the stated basis that his client "is most anxious to be heard on its preliminary injunction motion." Accordingly, we write the Court to request this brief extension.

Thank you for your consideration of this request.

Respectfully submitted,

Karen D. Coombs

cc:    Edward Gallion, Esq. (by fax)

**SO ORDERED**

**CHARLES S. HAIGHT JR.**
**SENIOR UNITED STATES DISTRICT JUDGE**