Edward R. Gallion (EG-5755)
Steven Spielvogel (SS-2295)

**GALLION & SPIELVOGEL**
1225 Franklin Avenue
Suite 325
Garden City, New York 11530
516.512.8899
Facsimile:  516.512.8980

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X

OLDE MONMOUTH STOCK TRANSFER CO., INC.,  :

                   **Plaintiff,**         :

       **-- against --**                    :

                                       **07 CV 0990 (CSH)**

**DEPOSITORY TRUST & CLEARING
CORPORATION and DEPOSITORY TRUST**         :
**COMPANY,**
                                  :
                **Defendants.**

                                     :

------------------------------------X

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the annexed

Memorandum of Law and upon all prior papers and proceedings

heretofore occurring herein, Plaintiff Olde Monmouth Stock

Transfer Co., Inc., will move this Court, before the

Honorable Charles S. Haight, at the Courthouse thereof, 500

Pearl Street, New York, New York, on such date and time as the Court shall establish, for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, granting its motion to dismiss Defendants' Counterclaim and for such other relief as the Court deems just and proper.

Dated:  May 20, 2007

Respectfully submitted,

_____/ s /_____

By: Edward R. Gallion  (EG-5755)
    Steven Spielvogel  (SS-2295)

**GALLION & SPIELVOGEL**
1225 Franklin Avenue
Suite 325
Garden City, New York 11530
516.512.8899

*Attorneys for Plaintiff*
*Olde Monmouth Stock Transfer Co.*

TO:   Gregg M. Mashberg, Esq.
      Proskauer Rose LLP
      1585 Broadway
      New York, New York 10036

      *Attorneys for Defendants*
      *Depository Trust & Clearing*
      *Corporation and Depository*
      *Trust Company*