UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

OLDE MONMOUTH STOCK TRANSFER CO., INC.

                                   Plaintiff,

- against -

THE DEPOSITORY TRUST & CLEARING CORPORATION and THE DEPOSITORY TRUST COMPANY,

                                   Defendants.

Case No. 07 Civ. 0990 (CSH)

**DEFENDANTS' PROPOSED DISCOVERY PLAN PURSUANT TO FRCP 26(F)**

## Introduction

A telephonic discovery planning meeting was held on May 22, 2007, by and between counsel for plaintiff Olde Monmouth Stock Transfer Co., Inc. and counsel for defendants The Depository Trust & Clearing Corp. and The Depository Trust Company. However, the parties were unable to reach agreement with respect to any aspect of the discovery plan contemplated by Federal Rule of Civil Procedure 26(f).

Plaintiff intends separately to submit a letter to the Court setting forth the grounds for its position that no discovery should be taken.

Defendants submit that discovery should proceed with respect to plaintiff's remaining claim for relief. Defendants agree that discovery should be stayed with respect to defendants' counterclaim pending resolution of plaintiff's motion to dismiss such counterclaim (currently being briefed) but submit that discovery as to that counterclaim should then proceed on the same proposed schedule set forth below.

**Discovery Plan.**

1.      **Fact Discovery**

(a)      Defendants propose that the disclosures required pursuant to Fed. R. Civ. Proc. 26(a)(1) with respect to plaintiff's remaining claim for relief and defendants' counterclaim be made on or before June 22, 2007.

(b)      Defendants propose that additional requests for production of documents, if any, shall be served on or before July 11, 2007.

(c)      Defendants propose that additional fact witness depositions, if any, shall be commenced in time to be completed by October 31, 2007.

(d)      Defendants propose that the limit on the number of depositions of fact witnesses be ten per side, as set forth in Fed. R. Civ. P. 30(a)(2)(A).

(e)      Defendants propose that all other fact discovery shall be commenced in time to be completed by October 31, 2007.

(f)      In light of this Court's previous ruling with respect to plaintiff's remaining counterclaim, defendants propose that plaintiff be required to disclose the identities of those customers who plaintiff alleges have actually terminated business relationships with plaintiff as a result of defendants' alleged tortious interference, and that discovery be limited to those customers.

2.    **Expert Discovery**

Defendants propose that expert testimony will be unnecessary in this case.  Should plaintiff intend to engage experts with respect to this matter, however, defendants reserve the right to engage their own experts and propose the following schedule for the parties' expert witness reports: (1) Reports from retained experts for each side are due by November 2, 2007; (2) rebuttal reports from retained experts are due by November 16, 2007; and (3) any retained experts may be deposed between November 19 and 30, 2007.

3.  **Dispositive Motions**:

Defendants propose that all dispositive motions be filed on or before December 7, 2007.

4.  **Length of Trial**

At this time, defendants believe that a trial of this action should take approximately one trial day.

5.  **Request for Conference**

Defendants respectfully request a prompt scheduling of the conference contemplated by Federal Rule of Civil Procedure 16(b) to, among other matters, explore potential resolution of this action.

Dated:  May 22, 2007

PROSKAUER ROSE LLP


BY:_____/s/_____
         Gregg M. Mashberg (GM 3022)
         Karen D. Coombs (KC-3538)
         1585 Broadway

3

New York, New York 10036-8289
(212) 969-3000

Attorneys for Defendants

4