Edward R. Gallion (EG-5755)
Steven Spielvogel (SS-2295)

**GALLION & SPIELVOGEL**
1225 Franklin Avenue
Suite 325
Garden City, New York 11530
516.512.8899
Facsimile:  516.512.8980


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

OLDE MONMOUTH STOCK TRANSFER CO., INC., :

                            Plaintiff,      :

        -- against --                       :
                                                 07 CV 0990 (CSH)
DEPOSITORY TRUST & CLEARING                 :
CORPORATION and DEPOSITORY TRUST
COMPANY,                                    :
                            Defendants.
                                            :

------------------------------------------X


### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the Declaration of
Edward R. Gallion, Esq., dated June 10, 2007, the
Memorandum of Law in Support of Motion for Leave to Amend
its Complaint, dated June 10, 2007, and upon all prior
papers and proceedings heretofore occurring herein,

Plaintiff Olde Monmouth Stock Transfer Co., Inc., will move this Court, before the Honorable Charles S. Haight, at the Courthouse thereof, 500 Pearl Street, New York, New York, on such date and time as the Court shall establish, for an Order, pursuant to Rule 15 of the Federal Rules of Civil Procedure, granting its motion for leave to amend the complaint in this action and for such other relief as the Court deems just and proper.

Dated:   June 10, 2007

Respectfully submitted,

_____/ s /_____
By: Edward R. Gallion (EG-5755)
    Steven Spielvogel (SS-2295)

**GALLION & SPIELVOGEL**
1225 Franklin Avenue
Suite 325
Garden City, New York 11530
516.512.8899

*Attorneys for Plaintiff*
*Olde Monmouth Stock Transfer Co.*

TO:  Gregg M. Mashberg, Esq.
     Proskauer Rose LLP
     1585 Broadway
     New York, New York 10036

     *Attorneys for Defendants*
     *Depository Trust & Clearing*
     *Corporation and Depository*
     *Trust Company*