# GALLION & SPIELVOGEL

**75 ROCKEFELLER PLAZA**
**18TH FLOOR**
**NEW YORK, NEW YORK 10019**

**212.710.5160**
**FACSIMILE: 212.428.6777**

**WWW.GSBARRISTERS.COM**

June 11, 2007

**BY MESSENGER**

The Honorable Charles S. Haight
United States District Judge
United States Courthouse
Room 1940
500 Pearl Street
New York, New York

> RE:   Olde Monmouth Stock Transfer Co., Inc. v.
> Depository Trust & Clearing Corporation and
> Depository Trust Company, No. 07 CV 0990 (CSH).

Dear Judge Haight:

On behalf of Plaintiff Olde Monmouth Stock Transfer Co., Inc. ("Olde Monmouth"), I enclose courtesy copies of the Declaration of Edward R. Gallion, Esq., dated June 10, 2007, and Plaintiff's Memorandum of Law in Support of its Motion for Leave to Amend its Complaint, dated June 10, 2007.

In consultation with Your Honor's Chambers earlier today, the Declaration offered in support of Plaintiff's Rule 15 application has been filed with the Office of the Clerk, rather than through the Electronic Case Filing System, because of the voluminous nature of the document.

Respectfully submitted,

Edward R. Gallion

(Enclosures)

cc:   Gregg M. Mashberg, Esq.
      (Proskauer Rose LLP)
      (w/encls.)