UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X

OLDE MONMOUTH STOCK TRANSFER CO., INC.,   :

                        Plaintiff,        :

         -- against --                    :
                                              07 CV 0990 (CSH)
DEPOSITORY TRUST & CLEARING               :
CORPORATION and DEPOSITORY TRUST
COMPANY,                                   :
                        Defendants.

                                          :

-------------------------------------------X


## DECLARATION OF EDWARD R. GALLION, ESQ.


         Edward R. Gallion, Esq., declares under the

penalty of perjury as follows:


   1.   I am a member in good standing of the bar of
        the State of New York and the bar of the
        United States District Court for the Southern
        District of New York.

   2.   I am an attorney practicing law with the law
        firm of Gallion & Spielvogel, 1225 Franklin
        Avenue, Garden City, New York 11530,
        Attorneys for Plaintiff Olde Monmouth Stock
        Transfer Co., Inc. ("Olde Monmouth").

3.  I hereby submit this Declaration on behalf of Olde Monmouth in support of Plaintiff's Motion for Leave to Amend its Complaint.

4.  I attach hereto as "Exhibit A" a true and correct copy of Plaintiff's Proposed First Amended Complaint.

Dated:  June 10, 2007


_____/s/_____
Edward R. Gallion (EG-5755)


**GALLION & SPIELVOGEL**
1225 Franklin Avenue
Suite 325
Garden City, New York 11530
Phone:  (516) 512-8899

*Attorneys for Plaintiff*
*Olde Monmouth Stock Transfer Co., Inc.*

2