# MEMO ENDORSED

## PROSKAUER ROSE LLP

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

LOS ANGELES
WASHINGTON
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS

**Karen D. Coombs**
Attorney at Law

Direct Dial 212.969.3308
kcoombs@proskauer.com

```
┌─────────────────────────────┐
│ USDC SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #                        │
│ DATE FILED: 6/21/07          │
└─────────────────────────────┘
```

June 20, 2007

**By Overnight Courier**

The Honorable Charles S. Haight
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1940
New York, New York 10007-1312

Re:    *Olde Monmouth Stock Transfer Co., Inc. v. The Depository Trust & Clearing Corp.,*
       07 CV 0990

Dear Judge Haight:

We represent Defendants The Depository Trust & Clearing Corporation and The Depository Trust Company in the above-captioned matter, currently pending before Your Honor. We write, with the consent of all parties, to request that Your Honor amend the briefing schedule for Plaintiff's Motion for Leave to Amend its Complaint, which was agreed to at our June 1, 2007 telephone conference in this matter.

The reason for this request is that the SEC has just published for notice and comment a Notice of Filing of Proposed Rule Change Amending FAST and DRS Limited Participant Requirements for Transfer Agents, Release No. 34-55816, 72 Fed. Reg. 30648 (June 1, 2007). As the gravamen of Plaintiff's proposed amended complaint relates precisely to the FAST requirements for transfer agents, both parties wish to have adequate time to address the effect of this filing.

After discussion among counsel for Plaintiff and Defendants, the parties agreed that Plaintiff would like to re-submit a motion for leave to amend, together with a proposed amended complaint which incorporates this proposed rule change, and that Defendants would then prepare their opposition to Plaintiff's motion following that resubmission. Accordingly, the revised schedule that the parties jointly propose is as follows: (1) Plaintiff will serve and file its motion for leave to amend, together with its proposed amended complaint, on or before **June 26, 2007**; (2) Defendants will serve and file their opposition to the motion on or before **July 16, 2007**; and (3) Plaintiff will serve and file its reply in support of the motion on or before **July 30, 2007**.

PROSKAUER ROSE LLP

Hon. Charles S. Haight
June 20, 2007
Page 2

Thank you for your consideration of this request.

Respectfully submitted,

Karen D. Coombs

cc:    Edward Gallion, Esq. (by fax)

**SO ORDERED**

CHARLES S. HAIGHT JR.
SENIOR UNITED STATES DISTRICT JUDGE