# GALLION & SPIELVOGEL

**75 ROCKEFELLER PLAZA**
**18TH FLOOR**
**NEW YORK, NEW YORK 10019**

**212.710.5160**
**FACSIMILE: 212.428.6777**

**WWW.GSBARRISTERS.COM**

June 25, 2007

**BY FACSIMILE:   212.969.2900**

Karen D. Coombs, Esq.
Proskauer Rose LLP
1585 Broadway
New York, New York 10036-8299

> RE:   Olde Monmouth Stock Transfer Co., Inc. v.
>         Depository Trust & Clearing Corporation and
>         Depository Trust Company, No. 07 CV 0990 (CSH).

Dear Karen:

I write to inform you that, in consultation with Judge Haight's Chambers, the Exhibits to the Declaration of Edward R. Gallion, Esq., in Support of Plaintiff's Motion for Leave to Amend its Complaint, dated June 25, 2007, are being filed with the Office of the Clerk of the Court, rather than through the Court's Electronic Case Filing system ("ECF"), because of the voluminous nature of the Exhibits.  The Declaration itself, however, as well as this letter, are being filed through ECF.

I will provide you with a copy of my Declaration, complete with all Exhibits thereto, under separate cover.

Very truly yours,

Edward R. Gallion

cc:   The Honorable Charles S. Haight
        United States District Judge