UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

OLDE MONMOUTH STOCK TRANSFER CO., INC.,  :

                Plaintiff,           :

   -- against --                            :
                                 07 CV 0990 (CSH)

DEPOSITORY TRUST & CLEARING                :
CORPORATION and DEPOSITORY TRUST
COMPANY,                                   :
               Defendants.
                                 :

----------------------------------------X


## DECLARATION OF EDWARD R. GALLION, ESQ.

      Edward R. Gallion, Esq., declares under the penalty of perjury as follows:

1. I am a member in good standing of the bar of the State of New York and the bar of the United States District Court for the Southern District of New York.

2. I am an attorney practicing law with the law firm of Gallion & Spielvogel, 1225 Franklin Avenue, Garden City, New York 11530, Attorneys for Plaintiff Olde Monmouth Stock Transfer Co., Inc. ("Olde Monmouth").

3. I hereby submit this Declaration on behalf of Olde Monmouth in support of Plaintiff's Motion for Leave to Amend its Complaint.

4. I attach hereto as "Exhibit A" a true and correct copy of Plaintiff's Proposed First Amended Complaint.

Dated:   June 25, 2007

___/s/_____
Edward R. Gallion (EG-5755)

**GALLION & SPIELVOGEL**
1225 Franklin Avenue
Suite 325
Garden City, New York 11530
Phone:   (516) 512-8899

*Attorneys for Plaintiff*
*Olde Monmouth Stock Transfer Co., Inc.*