UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
OLDE MONMOUTH STOCK
TRANSFER CO., INC.,

                Plaintiff,

       vs.                                07 CV 0990 (CSH)

DEPOSITORY TRUST & CLEARING
CORPORATION and DEPOSITORY
TRUST COMPANY,

                Defendants.
-------------------------------------------------------------X

## DECLARATION OF GREGG M. MASHBERG

GREGG M. MASHBERG hereby declares under the penalties of perjury:

1.      I am a member of Proskauer Rose LLP, counsel for defendants The Depository Trust & Clearing Corporation and The Depository Trust Company (collectively, "DTC") in the above-captioned matter. I submit this Declaration in support of DTC's Opposition to Plaintiff's Motion for Leave to File an Amended Complaint and for the purpose of providing the Court with documents that DTC refers to in its supporting Memorandum.

2.      Attached as Exhibit A is a true and correct copy of the Proposed Amended Complaint filed by plaintiff Olde Monmouth Stock Transfer Co., Inc. ("OMST") in this action, dated June 25, 2007.

3.      Attached as Exhibit B is a true and correct copy of the *Proposed Rule Change Amending FAST and DRS Limited Participant Requirements for Transfer Agents*, SEC Rel. 34-55816, 72 Fed. Reg. 30648, published for comment by the SEC on June 1, 2007.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of July, 2007.

GREGG M. MASHBERG