UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

Olde Monmouth Stock
Transfer Co., Inc.

                              Plaintiff(s)

                -vs-

Depository Trust & Clearing Corp.

                              Defendant(s)

------------------------------------------------------x

07 CIV. 990

Notice of a Pretrial
Conference

          Counsel are directed to appear in Courtroom 20-C
on January 3 2008 at 10:30 a.m., for
a pretrial conference, for the purpose of discussing the status
of this case. Please notify your adversary as to the date of
this conference.

          This conference will not be adjourned except
by order of the Court.


          SO ORDERED.

DATED:  NEW YORK, NEW YORK
        December 7, 2007

                                        John F Keenan
                                        JOHN F. KEENAN
                                        U.S.D.J.