JAN 0 7 2008

HAROLD BAER
U.S. DISTRICT JUDGE
S. D. N.Y.

# MEMORANDUM

DATE:    01/04/2008

TO:    Judge BAER

FROM:    MDL UNIT/ CASE PROCESSING

SUBJECT: Reassignment of a Civil Case due to a Judge's Recusal

RE:    07 CV 990 OLDE MONMOUTH STOCK -V- DEPOSITORY TRUST

I have been instructed by the Assignment Committee to advise Your Honor that the case listed above has been reassigned to you pursuant to Rule 18 of the Division of Business Among District Court Judges.

This reassignment was made by drawing a card from the category -10- wheel in the cashiers office.

The case processing unit shall prepare and file an original Notice of Reassignment and mail copies to each attorney of record.

cc:    Judge KEENAN
       Case Processing Unit

This Case was reassigned to me and I'd like to see the parties at a PTC on 2/1/7 at 2 30 PM to discuss the motion to amend and the enclosed PTS6 which you are to discuss + fill out in advance.

SO ORDERED:

Harold Baer, Jr., U.S.D.J.

Date:

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/8/08

Endorsement:

This case was reassigned to me and I'd like to see the parties at a PTC on 2/7 at 2:30 PM to discuss the motion to amend and the enclosed PTSO which you are to discuss and fill out in advance.