United States District Court
Southern District of New York
Office of the Clerk
US Courthouse
500 Pearl Street, New York, N.Y. 10007-1213


                                                                NOTICE OF REASSIGNMENT
------------------------------------------------------------X

                                                                        07CV990

        Olde Monmouth Transfer Co.
                        V.
        The Depository Trust


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X



        Pursuant to the memorandum of the Case Processing Assistant, the above-
entitled action is reassigned to the calendar of


                        Magistrate Judge Berman

        All future documents submitted in this action are to be presented in the
Clerk's Office of the Southern District Court for filing and shall bear the assigned
judge's initials after the case number.

        The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice
of Reassignment on all defendants.


                                                J. Michael McMahon, CLERK

Dated:

1/24/08



                                By:      Julie Correa

                                        Deputy Clerk



cc:  Attorneys of Record