UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
OLDE MONMOUTH STOCK
TRANSFER CO., INC.,
                Plaintiff,

        vs.

DEPOSITORY TRUST & CLEARING
CORPORATION and DEPOSITORY
TRUST COMPANY,

                Defendants.
----------------------------------------------------------X

07 CV 0990 (CSH)

**STIPULATION OF DISMISSAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
MAR 17 2008

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff Olde Monmouth Stock Transfer Co., Inc. and The Depository Trust & Clearing Corporation and The Depository Trust Company, by their undersigned counsel, as follows:

This action, including all claims and counterclaims, is hereby discontinued in its entirety, with prejudice and without costs to any party as against any other party.

Dated: March 14, 2008
        New York, New York

GALLION & SPIELVOGEL

_____
Edward R. Gallion (EG 5755)
Steven M. Spielvogel (SS    )
75 Rockefeller Plaza, 18th Floor
New York, New York 10019
212-710-5160

Attorneys for Plaintiff

PROSKAUER ROSE LLP

_____
Gregg M. Mashberg (GM 0455)
Karen D. Coombs (KC 3538)
1585 Broadway
New York, New York 10036
212-969-3000

Attorneys for Defendants

SO ORDERED

_____
HON. GEORGE B. DANIELS

1